# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
## CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)

**1. SEE NOTICE ON REVERSE.**   **2. PLEASE TYPE OR PRINT.**   **3. STAPLE ALL ADDITIONAL PAGES**

| Case Caption: | District Court or Agency: | Judge: |
|---|---|---|
| United States v. In the matter of a Warrant to Search a certain E-mail account controlled and maintained by Microsoft Corporation<br><br>(Please note: Microsoft's Acknowledgment and Notice of Appearance Form provides a suggested corrected this caption.) | S.D.N.Y. | Hon. Loretta Preska |
| | Date the Order or Judgment Appealed from was Entered on the Docket:<br>7/31/2014, 8/11/2014 | District Court Docket No.:<br>13-mj-2814 |
| | Date the Notice of Appeal was Filed:<br>8/11/2014 | Is this a Cross Appeal?<br>Yes  ✔ No |

| **Attorney(s) for Appellant(s):**<br>Plaintiff<br>Defendant | Counsel's Name:   Address:   Telephone No.:   Fax No.:   E-mail:<br><br>E. Joshua Rosenkranz, Orrick, Herrington & Sutcliffe LLP, 51 W. 52nd Street, New York, NY 10019. Tel: 212-506-5380. Fax: 212-506-5151. E-mail: jrosenkranz@orrick.com. |
|---|---|
| **Attorney(s) for Appellee(s):**<br>Plaintiff<br>Defendant | Counsel's Name:   Address:   Telephone No.:   Fax No.:   E-mail:<br><br>Justin Anderson, U.S. Attorney's Office for the Southern District of New York, One St. Andrew's Plaza, New York, NY 10007. Tel: 212-637-1035. Fax: 212-637-2615. E-mail: justin.anderson@usdoj.gov. |

| Has Transcript Been Prepared?<br><br>In process | Approx. Number of Transcript Pages:<br><br>71 | Number of Exhibits Appended to Transcript:<br><br>0 | Has this matter been before this Circuit previously?   Yes  ✔ No<br><br>If Yes, provide the following:<br><br>Case Name:<br><br>2d Cir. Docket No.:   Reporter Citation: (i.e., F.3d or Fed. App.) |
|---|---|---|---|

*ADDENDUM "A"*: COUNSEL MUST ATTACH TO THIS FORM: (1) A BRIEF, BUT NOT PERFUNCTORY, DESCRIPTION OF THE NATURE OF THE ACTION; (2) THE RESULT BELOW; (3) A COPY OF THE NOTICE OF APPEAL AND A CURRENT COPY OF THE LOWER COURT DOCKET SHEET; AND (4) A COPY OF ALL RELEVANT OPINIONS/ORDERS FORMING THE BASIS FOR THIS APPEAL, INCLUDING TRANSCRIPTS OF ORDERS ISSUED FROM THE BENCH OR IN CHAMBERS.

*ADDENDUM "B"*: COUNSEL MUST ATTACH TO THIS FORM A LIST OF THE ISSUES PROPOSED TO BE RAISED ON APPEAL, AS WELL AS THE APPLICABLE APPELLATE STANDARD OF REVIEW FOR EACH PROPOSED ISSUE.

## PART A: JURISDICTION

**1. Federal Jurisdiction**
- ✔ U.S. a party
- Federal question (U.S. not a party)
- Diversity
- Other (specify): _____

**2. Appellate Jurisdiction**
- ✔ Final Decision
- Interlocutory Decision Appealable As of Right
- Order Certified by District Judge (i.e., Fed. R. Civ. P. 54(b))
- Other (specify): _____

**IMPORTANT. COMPLETE AND SIGN REVERSE SIDE OF THIS FORM.**

## PART B: DISTRICT COURT DISPOSITION (Check as many as apply)

| 1. Stage of Proceedings | 2. Type of Judgment/Order Appealed | | 3. Relief |
|---|---|---|---|
| ✔ Pre-trial<br>  During trial<br>  After trial | Default judgment<br>— Dismissal/FRCP 12(b)(1)<br>     lack of subj. matter juris.<br>  Dismissal/FRCP 12(b)(6)<br>     failure to state a claim<br>  Dismissal/28 U.S.C. § 1915(e)(2)<br>     frivolous complaint<br>  Dismissal/28 U.S.C. § 1915(e)(2)<br>     other dismissal | Dismissal/other jurisdiction<br>  Dismissal/merit<br>✔ Judgment / Decision of the Court<br>  Summary judgment<br>  Declaratory judgment<br>  Jury verdict<br>  Judgment NOV<br>  Directed verdict<br>  Other (specify): | Damages:  Injunctions:<br>  Sought: $ _____  Preliminary<br>  Granted: $ _____  Permanent<br>  Denied: $ _____  Denied<br><br>Motion to vacate warrant denied. |

## PART C: NATURE OF SUIT (Check as many as apply)

| 1. Federal Statutes | | | 2. Torts | 3. Contracts | 4. Prisoner Petitions |
|---|---|---|---|---|---|
| Antitrust<br>Bankruptcy<br>Banks/Banking<br>Civil Rights<br>Commerce,<br>Energy<br>Commodities<br>✔ Other (specify): Electronic Communications Privacy Act | Communications<br>Consumer Protection<br>Copyright □ Patent<br>Trademark<br>Election<br>Soc. Security<br>Environmental | Freedom of Information Act<br>Immigration<br>Labor<br>OSHA<br>Securities<br>Tax | Admiralty/<br>  Maritime<br>Assault /<br>  Defamation<br>FELA<br>Products Liability<br>Other (Specify): | Admiralty/<br>  Maritime<br>Arbitration<br>Commercial<br>Employment<br>Insurance<br>Negotiable<br>Instruments<br>Other Specify | Civil Rights<br>Habeas Corpus<br>Mandamus<br>Parole<br>Vacate Sentence<br>Other |

| 5. Other | 6. General | 7. Will appeal raise constitutional issue(s)? |
|---|---|---|
| Forfeiture/Penalty<br>Real Property<br>Treaty (specify): _____<br>Other (specify): _____ | Arbitration<br>Attorney Disqualification<br>Class Action<br>Counsel Fees<br>Shareholder Derivative<br>Transfer | ✔ Yes     No<br><br>Will appeal raise a matter of first impression?<br><br>✔ Yes     No |

1. Is any matter relative to this appeal still pending below?  ✔ Yes, specify: Gov't motion to order compliance     No

2. To your knowledge, is there any case presently pending or about to be brought before this Court or another court or administrative agency which:
   (A) Arises from substantially the same case or controversy as this appeal?     Yes     ✔ No
   (B) Involves an issue that is substantially similar or related to an issue in this appeal?     Yes     ✔ No

If yes, state whether "A," or "B," or both are applicable, and provide in the spaces below the following information on the *other* action(s):

| Case Name: | Docket No. | Citation: | Court or Agency: |
|---|---|---|---|
| Name of Appellant: | | | |

| Date: 8/25/2014 | Signature of Counsel of Record: /s/ E. Joshua Rosenkranz |
|---|---|

## NOTICE TO COUNSEL

**Once you have filed your Notice of Appeal with the District Court or the Tax Court, you have only 14 days in which to complete the following important steps:**

1. Complete this Civil Appeal Pre-Argument Statement (Form C); serve it upon all parties, and file it with the Clerk of the Second Circuit in accordance with LR 25.1.
2. File the Court of Appeals Transcript Information/Civil Appeal Form (Form D) with the Clerk of the Second Circuit in accordance with LR 25.1.
3. Pay the $505 docketing fee to the United States District Court or the $500 docketing fee to the United States Tax Court unless you are authorized to prosecute the appeal without payment.

   **PLEASE NOTE: IF YOU DO NOT COMPLY WITH THESE REQUIREMENTS WITHIN 14 DAYS, YOUR APPEAL WILL BE DISMISSED.** *SEE* LOCAL RULE 12.1.