

ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W 52ND STREET
NEW YORK, NEW YORK 10019-6142

tel +1-212-506-5000
fax +1-212-506-5151

WWW.ORRICK.COM

E. Joshua Rosenkranz
(212) 506-5380
jrosenkranz@orrick.com

September 8, 2014

BY ECF

Catherine O'Hagan Wolfe
Clerk of the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    Elected Date for Filing Opening Brief of Appellant Microsoft Corporation in *In the Matter of a Warrant to Search a Certain E-Mail Account Controlled and Maintained by Microsoft Corporation*, No. 14-2985 (2d. Cir.)

Dear Ms. O'Hagan Wolfe:

    I am counsel for Appellant Microsoft Corporation in the above-named appeal.

    I understand that under Second Circuit Rule 31.2(a)(1)(A), I am required to notify the clerk in writing of the deadline the appellant elects for his opening brief and that the deadline must be within 91 days after the "ready date" for the appeal. Accordingly, I send this letter to elect a deadline of <u>Monday, December 8, 2014</u>, for Appellant Microsoft's opening brief.

    Thank you for your attention to this matter. Please do not hesitate to contact me if you have any questions or concerns.

    Very truly yours,

    /s/ E. Joshua Rosenkranz

    E. Joshua Rosenkranz

cc:    Counsel of Record (via ECF)

OHSUSA:759093085.1