UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of September, two thousand and fourteen,

_____

In the matter of a Warrant to Search a certain E-mail    **ORDER**
account controlled and maintained by Microsoft Corporation, Docket No: 14-2985
------------------------------------------------------------------
-----------------------------------------------
Microsoft Corporation,

      Appellant,

v.

United States of America,

      Appellee.

_____

      Counsel for APPELLANT Microsoft Corporation has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting 12/08/14 as the brief filing date.

      It is HEREBY ORDERED that Appellant's brief must be filed on or before 12/08/14. The appeal is dismissed effective 12/08/14 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

      For The Court:

      Catherine O'Hagan Wolfe,
      Clerk of Court

