# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: United States v. In the Matter of a Warrant to Search a certain E-mail Account controlled and maintained by Microsoft Corp.    Docket No.: **14-2985**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Susannah Landes Weaver**

Firm: **Orrick, Herrington & Sutcliffe LLP**

Address: **1152 15th Street, N.W., Washington, DC 20005**

Telephone: **202.339.8536**    Fax: **202.339.8500**

E-mail: **sweaver@orrick.com**

Appearance for: **Microsoft Corporation**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: **E. Joshua Rosenkranz/Orrick, Herrington & Sutcliffe LLP**)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **12-02-2014**    OR

☐ I applied for admission on _____.

Signature of Counsel: **/s/ Susannah Landes Weaver**

Type or Print Name: **Susannah Landes Weaver**