# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: United States of America v. In the matter of a Warrant to...    Docket No.: 14-2985-cv

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Caitlin J. Halligan

Firm: Gibson, Dunn & Crutcher LLP

Address: 200 Park Avenue  New York, NY 10166

Telephone: 212-351-4000    Fax: 212-351-4035

E-mail: CHalligan@gibsondunn.com

Appearance for: Amicus Curiae Infor
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Thomas G. Hungar/Gibson, Dunn & Crutcher LLP )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: /s/Caitlin J. Halligan

Type or Print Name: Caitlin J. Halligan