# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25ᵗʰ day of July, two thousand and sixteen.

Before:        Susan L. Carney,
                   *Circuit Judge.*

_____

In the matter of a Warrant to Search a certain
E-mail account controlled and maintained by
Microsoft Corporation,                      **ORDER**

------------------------------------------------------

Microsoft Corporation,                      Docket No.  14-2985

          Appellant,

v.

United States of America,

          Appellee.

_____

Appellee filed an unopposed motion to extend the time to file a petition for rehearing or rehearing *en banc* by thirty days, from July 28, 2016, to August 29, 2016.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

