# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s)**: 14-2985

**Caption [use short title]**

**Motion for**: extension of time to petition for rehearing

United States v. In the Matter of a Warrant to Microsoft

Set forth below precise, complete statement of relief sought:

The Government seeks a 45-day extension of its time to petition for rehearing or rehearing en banc.

**MOVING PARTY**: United States of America       **OPPOSING PARTY**: Microsoft Corp.

[ ] Plaintiff     [ ] Defendant
[ ] Appellant/Petitioner   [✓] Appellee/Respondent

**MOVING ATTORNEY**: Preet Bharara, U.S. Attorney, SDNY     **OPPOSING ATTORNEY**: Joshua Rosenkranz, Esq.

[name of attorney, with firm, address, phone number and e-mail]

By: Margaret Garnett, Assistant U.S. Attorney | Orrick, Herrington
One St. Andrew's Plaza, New York, New York 10007 | 51 W. 52nd Street, New York, NY 10019
(212) 637-2520 | 212-506-5380
E-mail: margaret.garnett@usdoj.gov | jrosenkranz@orrick.com

**Court-Judge/Agency appealed from**: United States District Court, Southern District of New York

**Please check appropriate boxes**:

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes [ ] No (explain):

Opposing counsel's position on motion:
[✓] Unopposed [ ] Opposed [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes [✓] No [ ] Don't Know

Is oral argument on motion requested?  [ ] Yes [✓] No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes [✓] No  If yes, enter date:

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL**:
Has request for relief been made below?   [ ] Yes [ ] No
Has this relief been previously sought in this Court?   [ ] Yes [ ] No
Requested return date and explanation of emergency:

**Signature of Moving Attorney**:
/s/ Margaret Garnett    **Date**: Aug. 23, 2016    Service by: [✓] CM/ECF   [ ] Other [Attach proof of service]

## ORDER

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED   DENIED**.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____    By: _____

**Form T-1080** (rev. 7-12)