# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of October, two thousand and sixteen.

Before:     Susan L. Carney,
                  *Circuit Judge.*

_____

| | |
|---|---|
| In the matter of a Warrant to Search a certain E-mail account controlled and maintained by Microsoft Corporation, | **ORDER** <br><br> Docket No. 14-2985 |

Microsoft Corporation,

        Appellant,

v.

United States of America,

        Appellee.
_____

Appellee filed a motion asking the Court to accept its oversized petition for rehearing or rehearing *en banc*.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court