14-2985
Microsoft Corp. v. United States

# United States Court of Appeals
## FOR THE SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of January, two thousand seventeen.

PRESENT:   ROBERT A. KATZMANN,
                        *Chief Judge*,
           DENNIS JACOBS,
           JOSÉ A. CABRANES,
           ROSEMARY S. POOLER,
           REENA RAGGI,
           PETER W. HALL,
           DEBRA ANN LIVINGSTON,
           DENNY CHIN,
           RAYMOND J. LOHIER, JR.,
           SUSAN L. CARNEY,
           CHRISTOPHER F. DRONEY,
                        *Circuit Judges*.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In the Matter of a Warrant to Search a Certain E-Mail Account Controlled and Maintained by Microsoft Corporation

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MICROSOFT CORPORATION,
                        *Appellant*,

               v.                                              14-2985

UNITED STATES OF AMERICA,

          *Appellee.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

    E. Joshua Rosenkranz, Orrick, Herrington & Sutcliffe LLP (Robert M. Loeb and Brian P. Goldman, Orrick, Herrington & Sutcliffe LLP, New York, NY; Guy Petrillo, Petrillo Klein & Boxer LLP, New York, NY; James M. Garland and Alexander A. Berengaut, Covington & Burling LLP, Washington, DC; Bradford L. Smith, David M. Howard, John Frank, Jonathan Palmer, and Nathaniel Jones, Microsoft Corp., Redmond, WA; *on the brief*), *for Microsoft Corporation*.

    Justin Anderson, Assistant United States Attorney (Serrin Turner, Assistant United States Attorney, *on the brief*), *for* Preet Bharara, United States Attorney for the Southern District of New York, New York, NY.

    Brett J. Williamson, David K. Lukmire, Nate Asher, O'Melveny & Myers LLP, New York, NY; Faiza Patel, Michael Price, Brennan Center for Justice, New York, NY; Hanni Fakhoury, Electronic Frontier Foundation, San Francisco, CA; Alex Abdo, American Civil Liberties Union Foundation, New York, NY; *for Amici Curiae* Brennan Center for Justice at NYU School of Law, American Civil Liberties Union, The Constitution Project, and Electronic Frontier Foundation, *in support of Appellant*.

Kenneth M. Dreifach, Marc J. Zwillinger, Zwillgen PLLC, New York, NY and Washington, DC, *for Amicus Curiae* Apple, Inc., *in support of Appellant*.

Andrew J. Pincus, Paul W. Hughes, Mayer Brown LLP, Washington, DC, *for Amici Curiae* BSA | The Software Alliance, Center for Democracy and Technology, Chamber of Commerce of the United States, The National Association of Manufacturers, and ACT | The App Association, *in support of Appellant*.

Steven A. Engel, Dechert LLP, New York, NY, *for Amicus Curiae* Anthony J. Colangelo, *in support of Appellant*.

Alan C. Raul, Kwaku A. Akowuah, Sidley Austin LLP, Washington, DC, *for Amici Curiae* AT&T Corp., Rackspace US, Inc., Computer & Communications Industry Association, i2 Coalition, and Application Developers Alliance, *in support of Appellant*.

Peter D. Stergios, Charles D. Ray, McCarter & English, LLP, New York, NY and Hartford, CT, *for Amicus Curiae* Ireland.

Peter Karanjia, Eric J. Feder, Davis Wright Tremaine LLP, New York, NY, *for Amici Curiae* Amazon.com, Inc., and Accenture PLC, *in support of Appellant*.

Michael Vatis, Jeffrey A. Novack, Steptoe & Johnson LLP, New York, NY; Randal S. Milch, Verizon Communications Inc., New York, NY; Kristofor T.

>   Henning, Hewlett-Packard Co., Wayne, PA; Amy Weaver, Daniel Reed, Salesforce.com, Inc., San Francisco, CA; Orin Snyder, Thomas G. Hungar, Alexander H. Southwell, Gibson, Dunn & Crutcher LLP, New York, NY; Mark Chandler, Cisco Systems, Inc., San Jose, CA; Aaron Johnson, eBay Inc., San Jose, CA, *for Amici Curiae* Verizon Communications, Inc., Cisco Systems, Inc., Hewlett-Packard Co., eBay Inc., Salesforce.com, Inc., and Infor, *in support of Appellant*.
>
>   Laura R. Handman, Alison Schary, Davis Wright Tremaine LLP, Washington, DC, *for Amici Curiae* Media Organizations, *in support of Appellant*.
>
>   Philip Warrick, Klarquist Sparkman, LLP, Portland, OR, *for Amici Curiae* Computer and Data Science Experts, *in support of Appellant*.
>
>   Owen C. Pell, Ian S. Forrester, Q.C., Paige C. Spencer, White & Case, New York, NY, *for Amicus Curiae* Jan Philipp Albrecht, Member of the European Parliament, *in support of Appellant*.
>
>   Owen C. Pell, Ian S. Forrester, Q.C., Paige C. Spencer, White & Case, New York, NY; Edward McGarr, Simon McGarr, Dervila McGirr, McGarr Solicitors, Dublin, Ireland, *for Amicus Curiae* Digital Rights Ireland Limited, National Council for Civil Liberties, and The Open Rights Group, *in support of Appellant*.

**ORDER**

Following disposition of this appeal, an active judge of the Court requested a poll on whether to rehear the case *en banc*.* A poll having been conducted and there being no majority favoring *en banc* review, rehearing *en banc* is hereby **DENIED**.

Susan L. Carney, *Circuit Judge*, concurs by opinion in the denial of rehearing *en banc*.

Dennis Jacobs, *Circuit Judge*, joined by José A. Cabranes, Reena Raggi, and Christopher F. Droney, *Circuit Judges*, dissents by opinion from the denial of rehearing *en banc*.

José A. Cabranes, *Circuit Judge*, joined by Dennis Jacobs, Reena Raggi, and Christopher F. Droney, *Circuit Judges*, dissents by opinion from the denial of rehearing *en banc*.

Reena Raggi, *Circuit Judge*, joined by Dennis Jacobs, José A. Cabranes, and Christopher F. Droney, *Circuit Judges*, dissents by opinion from the denial of rehearing *en banc*.

Christopher F. Droney, *Circuit Judge*, joined by Dennis Jacobs, José A. Cabranes, and Reena Raggi, *Circuit Judges*, dissents by opinion from the denial of rehearing *en banc*.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, CLERK



---

* The following active judges were recused from participating in the poll: Rosemary S. Pooler, Debra Ann Livingston, and Raymond J. Lohier, Jr.